| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| Joel R. Spivack, Esquire 005081994 |
| Law Office of Joel R. Spivack |
| 1415 Marlton Pike East, Suite 302 |
| Cherry Hill, NJ 08034 |
| Counsel for Debtor |
| (856) 488-1200 |

In Re:
Michael Thomas Iuliucci, Jr. & Amy Laura Iuliucci

Case No.: 25-20866

Judge: JNP

Chapter: 13

Recommended Local Form:    ☒ Followed    ☐ Modified

# PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTION 1325(a)(8) AND (a)(9)

I, __Michael Iuliucci, Jr. & Amy Iuliucci__, upon my oath according to law, hereby certify as follows:

1. The below information is being supplied for compliance with the Confirmation Hearing date on __DECEMBER 17, 2025__.

2. The above named Debtor(s) has /have paid all post petition amounts that are required to be paid under any and all Domestic Support Obligations.

3. The above named Debtor(s) has/have filed all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308.

4. If the Confirmation hearing date stated in Paragraph 1 is adjourned for any reason, an updated Certification will be filed with the Court prior to any subsequent Confirmation hearing date in the event any of the information contained in this Certification changes.

I certify under penalty of perjury that the foregoing is true and correct.

DATED: 11-13-2025       /s/ Michael Iuliucci, Jr.
                        Signature of Debtor

DATED: 11-13-2025       /s/ Amy Laura Iuliucci
                        Signature of Joint Debtor

new.5/23/06;jml