Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  25−20866−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Michael Thomas Iuliucci Jr. | Amy Laura Iuliucci |
| 2259 Richards Avenue | 2259 Richards Avenue |
| Atco, NJ 08004 | Atco, NJ 08004 |

Social Security No.:
   xxx−xx−3937                                       xxx−xx−5729

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 22, 2026.

Dated: January 22, 2026
JAN: cm

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:    Case No. 25-20866-JNP
Michael Thomas Iuliucci, Jr.    Chapter 13
Amy Laura Iuliucci
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3
Date Rcvd: Jan 22, 2026      Form ID: plncf13      Total Noticed: 42

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Thomas Iuliucci, Jr., Amy Laura Iuliucci, 2259 Richards Avenue, Atco, NJ 08004-1262 |
| 520846826 | + | Freeman & Mintz PA, 34 Tanner Street, Haddonfield, NJ 08033-2482 |
| 520846827 | + | Gilbert Todd Pondish, Zwicker & Associates, 1020 Laurel Oak Road, Ste 303, Voorhees, NJ 08043-3518 |
| 520846830 | | Kerri S Flynn, Mullooly Jeffrey Rooney & Flynn LLP, 6851 Jericho Turnpike, Suite 220, PO Box 9036, Syosset, NY 11791-9036 |
| 520846831 | + | Lee S Dennison PC, 231 High Street, Mount Holly, NJ 08060-1450 |
| 520846843 | + | Virtua West Jersey Health Systems, ATTN: Lee S. Dennison PC, 231 High Street, Mount Holly, NJ 08060-1450 |
| 520846844 | | Virtua West Jersey Health Systems, ATTN: Laura A. Cochet, Freeman & Mintz, PA, 34 Tanner Street, Haddonfield, NJ 08033-2482 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 22 2026 21:10:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 22 2026 21:10:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520846819 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jan 22 2026 21:42:52 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520846821 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jan 22 2026 21:08:00 | Bank of America, Attn: Bankruptcy, P.O.Box 15019, Wilmington, DE 19886 |
| 520846820 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jan 22 2026 21:08:00 | Bank of America, Attn: Bankruptcy, Nc4-105-03-14 Pob 26012, Greensboro, NC 27410 |
| 520862025 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jan 22 2026 21:08:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 520905301 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jan 22 2026 21:08:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520846822 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 22 2026 21:21:30 | Citibank, Attn: Bankruptcy Department, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 520846823 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 22 2026 21:10:00 | Comenity Bk/Ulta, Attn: Bankruptcy, Po Box 182273, Columbus, OH 43218-2273 |
| 520846824 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 22 2026 21:10:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 520846825 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 22 2026 21:21:14 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520846829 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 22 2026 21:09:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

Case 25-20866-JNP    Doc 24    Filed 01/24/26    Entered 01/25/26 00:17:00    Desc Imaged
                              Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 22, 2026 | Form ID: plncf13 | Total Noticed: 42 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 520905307 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 22 2026 21:10:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 520846832 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 22 2026 21:21:16 | LVNV Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 520852363 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 22 2026 21:21:42 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520921144 | ^ | MEBN | Jan 22 2026 21:06:27 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 520846833 | | Email/Text: camanagement@mtb.com | Jan 22 2026 21:10:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 520872024 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 22 2026 21:21:12 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520846836 | | Email/Text: Bankruptcy@mjrf.com | Jan 22 2026 21:09:00 | Mullooly, Jeffrey, Rooney & Flynn, 6851 Jericho Turnpike, Suite 220, Syosset, NY 11791-9036 |
| 520846834 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 22 2026 21:21:26 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 520899772 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 22 2026 21:10:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520846835 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 22 2026 21:10:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 520846837 | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 22 2026 21:10:00 | Office of the U.S. Trustee, District of New Jersey, U.S. Department of Justice, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520922616 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 22 2026 21:08:00 | PNC Bank, National Association, PO BOX 94982, Cleveland, OH 44101 |
| 520846838 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 22 2026 21:08:00 | PNC Financial/PNC Bank, Attn: Bankruptcy, 300fifth Ave, Pittsburgh, PA 15222 |
| 520893285 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 22 2026 21:21:28 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520846839 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 22 2026 21:21:15 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520905676 | | Email/Text: bnc-quantum@quantum3group.com | Jan 22 2026 21:10:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520919616 | | Email/Text: bnc-quantum@quantum3group.com | Jan 22 2026 21:10:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 520846840 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 22 2026 21:09:00 | State of New Jersey, Department of the Treasury, Division of Taxation, PO Box 269, Trenton, NJ 08695-0269 |
| 520846841 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 22 2026 21:21:36 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520846842 | + | Email/Text: bncmail@w-legal.com | Jan 22 2026 21:09:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 520892535 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Jan 22 2026 21:10:00 | Westlake Financial Services, 4751 Wilshire Blvd, Suite 100, Los Angeles, CA 90010-3847 |
| 520846845 | ^ | MEBN | Jan 22 2026 21:05:06 | Westlake Portfolio Management, Westlake Portfolio Management, Attn: Ban, P.O. Box 76809, Los Angeles, CA 90076-0809 |
| 520846846 | + | Email/Text: bkfilings@zwickerpc.com | Jan 22 2026 21:11:00 | Zwicker & Associates ,PC, 1020 Laurel Oak Road, |

Case 25-20866-JNP   Doc 24   Filed 01/24/26   Entered 01/25/26 00:17:00   Desc Imaged
Certificate of Notice   Page 4 of 4

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 22, 2026 | Form ID: plncf13 | Total Noticed: 42 |

Suite 303, Voorhees, NJ 08043-3518

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520846828 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Special Procedures Branch, Bankruptcy Section, PO Box 724, Springfield, NJ 07081-0724 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2026     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Joel R. Spivack | on behalf of Joint Debtor Amy Laura Iuliucci joel@spivacklaw.com admin@spivacklaw.com;r44331@notify.bestcase.com |
| Joel R. Spivack | on behalf of Debtor Michael Thomas Iuliucci Jr. joel@spivacklaw.com, admin@spivacklaw.com;r44331@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5