UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Joel R. Spivack, Esquire
Law Office of Joel R. Spivack
1415 Marlton Pike East, Suite 408
Cherry Hill, NJ 08034
(856) 488-1200
Counsel for Debtors

In Re:

Michael Thomas Iuliucci, Jr. and Amy Laura Iuliucci, Debtors

Case No.: 25-20866-JNP

Judge: JNP

Chapter: 13

**CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION**

The debtor in this case opposes the following **(choose one)**:

1. ☒ Motion for Relief from the Automatic Stay filed by Bank of America, NA, creditor,

A hearing has been scheduled for September 8, 2026, at 11am.

☐ Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for ______________________________, at ____________.

☐ Certification of Default filed by __________________________________,

I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

☐ Payments have been made in the amount of $ ____________________, but have not been accounted for. Documentation in support is attached.

☒ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

We had a leaking roof which added an unexpected bill to our budget. In addition, Amy's hours were cut back and our car insurance bill increased. We have since been able to adjust our budget so we can make the payments to Bank of America on time. We propose a 6-month cure.

☐ Other **(explain your answer)**:

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 8/17/2026 /s/ Michael Thomas Iuliucci, Jr.
Debtor's Signature

Date: 8/17/20206 /s/ Amy Laura Iuliucci
Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.