**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Order Filed on September 28, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

FRENKEL LAMBERT WEISMAN & GORDON, LLP
80 Main Street, Suite 460
West Orange, NJ 07052
973- 325-8800
File No.: 03-023575-B00
Douglas McDonough, Esq.
Attorney ID: DM0973
DMcDonough@flwlaw.com
Attorney for Bank of America, N.A., Secured Creditor

Case No.: **25-20866-JNP**

Chapter 13

Judge Jerrold N. Poslusny, Jr.

In Re:

**Michael Thomas Iuliucci, Jr. and Amy Laura Iuliucci**

Debtor(s).

Recommended Local Form ☐ Followed ☒ Modified

**ORDER RESOLVING MOTION TO VACATE STAY WITH CONDITIONS**

The relief set forth on the following pages, numbered two (2) through three (3) is **ORDERED**

**DATED: September 28, 2026**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

---

Applicant: Bank of America, N.A.

Applicant's Counsel: Frenkel Lambert Weisman & Gordon, LLP

Counsel for Debtor(s): Law Office of Joel R. Spivack

Property Involved ("Collateral"): 2019 CHEVROLET EQUINOX / 3GNAXHEV9KS549816

Relief sought: ☑ Motion for relief from the automatic stay

☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings.

For good cause shown, it is **ORDERED** that Applicant's Motion is resolved, subject to the following conditions:

1. Status of post-petition arrearages:

   ☑ The account is overdue for 7 months, from 2/22/2026 to 8/22/2026.

   ☑ The account is overdue for 7 payments of $393.71 per month.

   ☑ Applicant acknowledges receipt of funds in the amount of $325.16 being held in suspense.

   Total Post-Petition Arrearages due as of August 31, 2026: $2,430.81.

2. Debtor(s) must cure all post-petition arrearages, as follows:

   ☑ Beginning on September 22, 2026, regular monthly payments shall continue to be made in the amount of $393.71.

   ☑ Beginning on September 22, 2026, additional monthly cure payments shall be made in the amount of $405.14 for 5 months (9/22/2026 through 1/22/2027), then a payment in the amount of $405.11 for 1 month (2/22/2027).

---

3. Payments to the Applicant shall be made to the following address(es):

☑ Regular monthly payment(s):

Bank of America, N.A.
PO Box 15312
Wilmington, DE 19850-5312

☑ Monthly cure payment(s):

Bank of America, N.A.
PO Box 15312
Wilmington, DE 19850-5312

4. In the event of Default:

☑ If the Debtor(s) fail(s) to make the immediate payment specified above or fail(s) to make any regular monthly payment or the additional monthly cure payment within 28 days of the date the payments are due, then the Applicant may obtain an Order Vacating the Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the failure of the Debtor(s) to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor(s), and the attorney for the Debtor(s).

5. Award of Attorneys' Fees:

☑ Attorney fees are not awarded.

6. ☑ In the event the instant bankruptcy proceeding is dismissed, discharged or converts, this Order shall be terminated and have not further force or effect.

United States Bankruptcy Court

District of New Jersey

In re: Case No. 25-20866-JNP
Michael Thomas Iuliucci, Jr. Chapter 13
Amy Laura Iuliucci
Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1 User: admin Page 1 of 2
Date Rcvd: Sep 28, 2026 Form ID: pdf903 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Thomas Iuliucci, Jr., Amy Laura Iuliucci, 2259 Richards Avenue, Atco, NJ 08004-1262 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Douglas J. McDonough | on behalf of Creditor Bank of America N.A. dmcdonough@flwlaw.com, NJbkyecf@flwlaw.com |
| Joel R. Spivack | on behalf of Joint Debtor Amy Laura Iuliucci joel@spivacklaw.com admin@spivacklaw.com;r44331@notify.bestcase.com |
| Joel R. Spivack | on behalf of Debtor Michael Thomas Iuliucci Jr. joel@spivacklaw.com, admin@spivacklaw.com;r44331@notify.bestcase.com |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| U.S. Trustee | |

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6